ADZERYEHA, Respondent, v. HOLBROOK, CABOT & ROLLINS CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Anisim Adzeryeha against the Holbrook, Cabot & Rollins Company. B. Patterson, of New York City, for appellant. F. X. Wazeter, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.